

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Ronald C. Crowder*

**Ronald Crowder**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br><br>270 S. Tejon<br>Colorado Springs, CO 80903 | |
| **Plaintiff:**<br><br>TRAVIS A. McGAHEE<br><br>v.<br><br>**Defendant:**<br><br>TRUMBULL INSURANCE COMPANY d/b/a THE HARTFORD | ▲  **COURT USE ONLY**  ▲<br><br>Case No. 11CV5452<br><br>Division: |
| **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion For A Two-Week Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint ("Motion"), and the Court, being fully advised in the premises,

HEREBY GRANTS the Motion. The deadline for Defendant to answer or otherwise respond to the complaint is extended until November 21, 2011.

DONE this __ day of November, 2011.

By:_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO El Paso County District Court 4th JD |
| **Judge:** | Ronald G Crowder |
| **File & Serve Transaction ID:** | 40765556 |
| **Current Date:** | Nov 09, 2011 |
| **Case Number:** | 2011CV5452 |
| **Case Name:** | MCGAHEE, TRAVIS A vs. TRUMBULL INSURANCE COMPANY |

**/s/ Judge Ronald G Crowder**