IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-03007-WYD-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY d/b/a THE HARTFORD,

    Defendant.

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion to Correct Docket Entry, filed November 18, 2011 [ECF No. 6]. Upon consideration of the motion and the file in this matter, it is hereby

ORDERED that the Motion is **GRANTED**. It is

FURTHER ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is **Friday, November 25, 2011.**

Dated: November 21, 2011

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  Chief United States District Judge