IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03007-WYD-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY d/b/a THE HARTFORD,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on the filing of Plaintiff's Amended Complaint on December 5, 2011 [ECF No. 15], Defendant's Motion to Dismiss Plaintiff's Claim for Statutory Bad Faith Under C.R.S. §§ 10-3-1115-16, filed November 25, 2011 [ECF No. 10] is **DENIED AS MOOT**.

    Dated:  December 7, 2011.