UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-03007

TRAVIS MCGAHEE Plaintiff(s),

v.

TRUMBALL INSURANCE COMPANY
Defendant(s).

---

ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2 on the 16TH day of MAY, 2012, Magistrate Judge MICHAEL HEGARTY notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

The above action is referred for disposition to the magistrate judge currently assigned to the case pursuant to 28 U.S.C. § 636 (c).

BY THE COURT:

DATED: September 4, 2012

s/ Wiley Y. Daniel
Judge, United States District Court

(12/1/11)