IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2012.**

    The Unopposed Motion for Entry of Stipulated Protective Order [filed September 12, 2012; docket #42] is **granted** and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.