IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2013.**

    Plaintiff's Unopposed Motion to Vacate and Reset Motions Hearing [filed January 29, 2013; docket #60] is **granted**. The hearing set in this case for February 12, 2013, is hereby **vacated** and **rescheduled** for **February 13, 2013**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    All other aspects of the Court's January 25, 2013 order remain in effect. *See* docket #57.