IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2013.**

    Pending before the Court are Defendant's Unopposed Motion to Vacate and Reset Hearing on, and Deadlines to File Responses and Replies to, Plaintiff's Motion to Amend Complaint and Motion to Compel [filed February 4, 2013; docket #66] and Plaintiff's Renewed Motion for Extension of Time to File Expert Witness Disclosure [docket #63]. Defendant's Motion is **granted in part and denied in part as follows**. The hearing scheduled in this case for February 13, 2013, is hereby **vacated** and **rescheduled** for **February 21, 2013**, at **2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. In accordance with this change of setting, Defendant shall file its responses to Plaintiff's Motion to Amend, Motion to Compel, and Renewed Motion for Extension of Time to File Expert Witness Disclosure on or before **February 15, 2013**. Plaintiff may file a reply brief in support of each of his aforementioned motions no later than **February 19, 2013**, at **12:00 p.m.** The Court will not consider any reply filed after that time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.