IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

     Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2013.**

     Plaintiff's Opposed Motion for Sanctions and Fees for Violation of Court's November 28, 2011 Minute Order Setting Scheduling Conference and Standing Order for Any Settlement Conference [filed February 11, 2013; docket #70] is **denied**. The Court's November 28, 2011 Minute Order plainly states that the settlement protocols referenced therein apply to "any settlement conference held before *this Court*. . ." (Docket #13, 2) (emphasis added). Because the February 8, 2013 mediation in which the parties participated did not occur before this Court, the Standing Orders set forth in the November 27, 2011 Minute Order do not provide a valid basis for sanctions.

     Additionally, the Court finds it necessary to clarify its view that settlement is a voluntary process. Therefore, the Court declines the order Defendant to participate in any further settlement negotiations.