IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2013.**

    This matter comes before the Court *sua sponte*. Pursuant to Plaintiff's Notice of Settlement [docket #72], Plaintiff's Opposed Motion to Amend Complaint [filed January 23, 2013; docket #54], Plaintiff's Opposed Motion to Compel and for Sanctions [filed January 23, 2013; docket #55], and Plaintiff's Renewed Motion for Extension of Time to File Expert Witness Disclosure [filed January 31, 2013; docket #63] are **denied as moot**.

    Additionally, the hearing scheduled in this case for February 21, 2013, the Final Pretrial Conference set for April 30, 2013, the Trial Preparation Conference set for June 24, 2013, and the Jury Trial set for July 15, 2013, are hereby **vacated**.

    The parties shall file dismissal documents on or before March 15, 2013.