IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend Scheduling Order Re: Discovery and Alternative Dispute Resolution Deadline (Docket No. 89) is GRANTED IN PART and DENIED IN PART.  The Motion is GRANTED insofar as the Scheduling Order (Docket No. 20) is amended to extend the deadline for alternative dispute resolution up to and including June 28, 2013.  If the parties later require a further extension to this deadline, they may petition the court accordingly.

The Motion is DENIED without prejudice as to defendant's request to extend discovery.  The court will rule on defendant's request for an extension, and address the possible need to continue the final pretrial conference, when it rules on plaintiff's Motion for Protective Order (Docket No. 85).

Date: April 8, 2013