IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03007-MEH

TRAVIS A. MCGAHEE,

    Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

    In light of the Stipulation of Dismissal With Prejudice [docket #76], this action and all claims asserted herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his or its own fees and costs.

    Dated and entered at Denver, Colorado, this 8th day of April, 2013.

                                         BY THE COURT:

                                         */s/ Michael E. Hegarty*

                                         Michael E. Hegarty
                                         United States Magistrate Judge